AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Nicole Chester, as a parent and natural guardian of F.O.<br>*Plaintiff*<br>v.<br>Brett Gardner<br>*Defendant* | Civil Action No.   2:16-cv-3058-PMD |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Motion to set aside judgment is granted. The Court hereby vacates its January 10, 2017 default judgment and dismisses this case for lack of jurisdiction.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Patrick Michael Duffy, Senior United States District Judge, presiding.

Date:   February 27, 2017                                                    *CLERK OF COURT*

                                                                             s/Elena Graham
                                                                      *Signature of Clerk or Deputy Clerk*